AUSA:      Barbara Lanning         Telephone:  (313) 226-9103
Special Agent:     Danielle Stefanovski, ATF    Telephone:  (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Kasaras Kemp | Case: 2:23−mj−30358<br>Assigned To : Unassigned<br>Assign. Date : 8/30/2023<br>Description: COMP USA V. KEMP (KB) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 28, 2023 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Danielle Stefanovski, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  _August 30, 2023_____

City and state:  _Detroit, MI_____

_____
*Judge's signature*

Hon. R. Steven Whalen, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Special Agent Danielle Stefanovski, being first duly sworn, hereby state:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2.      I have been an ATF Special Agent since March of 2018, and I have had extensive law enforcement training, including the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, the United States Secret Service (USSS) Special Agent Training Program in Beltsville, Maryland, and ATF Special Agent Basic Training in Glynco, Georgia. I also received a Bachelor of Business Administration from the University of Michigan.

3.      As an ATF Special Agent, I have participated in numerous criminal investigations, including investigations involving firearms, firearm traffickers, armed drug tracking, and criminal street gangs. I am familiar with, and have experience using, a variety of investigative techniques and resources, including

1

physical and electronic surveillance, undercover investigation work, and various types of informants and cooperating sources.

4.      The statements contained in this affidavit are based, in part, on my review of written police reports by Detroit Police Department (DPD) officers. This affidavit also includes information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter, my own investigation, and the review of documents.

5.      ATF is currently conducting a criminal investigation concerning Kasaras KEMP (B/M; DOB: XX/XX/1990) for violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

## PROBABLE CAUSE

6.      I reviewed a computerized criminal history and Michigan Third Circuit Court records for KEMP, which revealed the following felony arrests and convictions.

a. On August 2, 2007, KEMP was charged with felony unlawful driving away of an automobile and receiving and concealing stolen property—motor vehicle in Wayne County Third Circuit Court. On August 2, 2007, KEMP pleaded guilty to one count of felony unlawful driving away of an automobile. KEMP was initially sentenced to two years' probation pursuant to the Holmes Youthful

2

Trainee Act (HYTA). However, KEMP violated probation and his HYTA status was revoked on April 29, 2010.

b. On September 1, 2008, KEMP was charged with carrying a concealed weapon in Wayne County Third Circuit Court. On January 27, 2009, KEMP pleaded guilty as charged. KEMP was initially sentenced to two years' probation pursuant to the Holmes Youthful Trainee Act (HYTA). However, KEMP violated probation and his HYTA status was revoked on April 29, 2010.

c. On December 16, 2009, KEMP was charged with assault with intent to murder, assault with intent to do great bodily harm less than murder, felonious assault, carrying a concealed weapon, and felony firearm in Wayne County Third Circuit Court. On April 29, 2010, KEMP pleaded guilty to assault with intent to do great bodily harm less than murder and felony firearm. On May 12, 2010, KEMP was sentenced to five to ten years' incarceration in the Michigan Department of Corrections for the assault with intent to do great bodily harm and two years' incarceration for the felony firearm, to run consecutively.

d. On May 31, 2017, KEMP was charged with carrying a concealed weapon, felon in possession of a firearm, fleeing and eluding—

3

third degree, and felony firearm in Wayne County Third Circuit
Court. On October 6, 2017, KEMP pleaded guilty to fleeing and
eluding—third degree. On October 24, 2017, KEMP was
sentenced to two to five years' incarceration in the Michigan
Department of Corrections. KEMP is still on parole for this
offense.

e.  On September 26, 2021, KEMP was charged with assault with
intent to murder, assault with intent to do great bodily harm less
than murder, discharge of a weapon from a vehicle causing injury,
and felony firearm in Wayne County Third Circuit Court. KEMP
was found not guilty by jury on December 12, 2022.

f.  Because KEMP has multiple felony convictions, has served a total
of more than nine years' incarceration, is currently on parole with
the Michigan Department of Corrections, and was previously
charged with the offense felon in possession of a firearm in two
separate cases, there is probable cause to believe that KEMP is
aware of his status as a convicted felon.

7.    On August 28, 2023, at approximately 7:02 p.m., Detroit Police
officers responded to the area of XXXX1 Mitchell Street in Detroit on a call for a
person with a weapon. The 911 caller reported that a black male with braids,

4

wearing all black and red shoes was playing with a gun while standing in front of a residence on Mitchell Street.

8.      Responding officers encountered three males standing outside the residence on Mitchell Street, including KEMP, who was wearing all black with red shoes. The officers approached the trio and asked KEMP if he had a firearm. KEMP gave an unintelligible verbal response and then ran from the officers. The officers chased after him. KEMP ran into the backyard of a house across the street and was apprehended by the officers. The officers recovered a loaded Glock 21 Gen4, .45 caliber handgun from KEMP'S pant leg. The officers placed KEMP under arrest for carrying a concealed weapon.

9.      On August 29, 2023, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs and provided a verbal description of the Glock 21 Gen4, .45 caliber handgun recovered by Detroit Police officers on August 28, 2023. SA Klupacs advised the firearm was manufactured outside of the state of Michigan, and therefore has traveled in and affected interstate commerce.

## CONCLUSION

10.     Based upon the aforementioned facts stated herein, there is probable cause to believe Kasaras KEMP (B/M; DOB: XX/XX/1990), a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Glock 21 Gen4, .45 caliber handgun, said firearm having affected interstate commerce, in

5

violation of 18 U.S.C. 922(g)(1) (Felon in Possession of a Firearm).  Said violation

occurring on or about August 28, 2023 in the city of Detroit, in the County of

Wayne, in the Eastern Judicial District of Michigan.


Respectfully submitted,

Danielle Stefanovski
Special Agent, ATF


Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. R. Steven Whalen
United States Magistrate Judge


Dated: August 30, 2023

6